# CONSENT TO SUE UNDER
# THE FAIR LABOR STANDARDS ACT

I, Samantha McFadden, am an individual formerly employed by Smithtown Nissan (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _____
   DocuSigned by:
   BBEA679A15E54BE...

Name: Samantha McFadden

Date: 7/8/2019