| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **FILED**<br>**CLERK** |

-----------------------------------------------------------------X
SAMANTHA MCFADDEN, on behalf of
herself, FLSA Collective Plaintiffs and the class

                Plaintiff,

   - against -

SMITHTOWN NISSAN INC., JOSEPH RUBIO
and JOE URSO,

              Defendants.
-----------------------------------------------------------------X

2:56 pm, Jul 26, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**JUDGMENT**
CV 20-4661 (JMA)(AKT)

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on July 16, 2021, accepting Defendants' July 16, 2021 offer to allow judgment against them by Plaintiff in the pre-tax sum of amount of $57,500.00, inclusive of all damages, costs, attorney fees and prejudgment interest incurred through the date of the offer, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Samantha McFadden against Defendants Smithtown Nissan Inc., Joseph Rubio and Joe Urso in the amount of $57,500.00, inclusive of all damages, attorney's fees and prejudgment interest through the date of the offer.

Dated:  July 26, 2021
         Central Islip, New York

                                                                   DOUGLAS C. PALMER
                                                                     CLERK OF THE COURT
                                                   By:    /s/ Mary Ellen Kirchner
                                                                        Deputy Clerk