**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SAMANTHA MCFADDEN, on behalf of
herself, FLSA Collective Plaintiffs and the class,

                        Plaintiff,

     - against -

SMITHTOWN NISSAN INC., JOSEPH RUBIO
and JOE URSO,

                       Defendants.
----------------------------------------------------------------X

**FILED**
**CLERK**

2:43 pm, Jul 29, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AMENDED JUDGMENT**
CV 20-4661 (JMA)(AKT)

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on July 16, 2021, accepting Defendant Smithtown Nissan Inc.'s July 16, 2021 offer to allow judgment against it by Plaintiff in the pre-tax sum of amount of $57,500.00, inclusive of all damages, costs, attorney fees and prejudgment interest incurred through the date of the offer, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Samantha McFadden against Defendants Smithtown Nissan Inc. in the amount of $57,500.00, inclusive of all damages, costs, attorney's fees and prejudgment interest through the date of the offer.

Dated: July 29, 2021
       Central Islip, New York

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT
                              By:   /s/ Mary Ellen Kirchner
                                              Deputy Clerk